UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00468-MO_____ |
| v. | INFORMATION |
| HALSTON EUGENE HAMILTON, | 49 U.S.C. §§ 40103(b) & 46307 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Violation of National Defense Airspace)**
**(49 U.S.C. §§ 40103(b) & 46307)**

On or about September 26, 2020, in the District of Oregon, the defendant **HALSTON EUGENE HAMILTON,** while piloting an unmanned aircraft system, did knowingly, and without lawful authority, conduct aircraft operations about the Mark O. Hatfield Federal Courthouse, and the Edith Green-Wendell Wyatt Federal Building in Portland, Oregon, a location classified by the Federal Aviation Administration as restricted for Special Security Reasons in Notice to Airmen (NOTAM) 0/00531;

In violation of Title 14, Code of Federal Regulations, Section 99.7, a regulation prescribed under Title 49, United States Code, Sections 40103(b)(3) and 46307, a class A misdemeanor.

Dated: September 28, 2020            Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney