UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00468-MO |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| HALSTON EUGENE HAMILTON, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the Information, and the Court being fully advised;

IT IS HEREBY ORDERED that the Information against Defendant, HALSTON EUGENE HAMILTON, in the above-captioned case, filed on September 28, 2020, be DISMISSED with prejudice.

Dated: April 5th, 2021

_____
HONORABLE MICHAEL W. MOSMAN
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney